[No. 13231-5-III.     Division Three.     April 11, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. AUGUSTIN
IZARRARAZ-GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 92-1-00357-3, Evan E. Sperline, J., entered April
26, 1993. *Affirmed* by unpublished opinion per Schultheis, J.,
concurred in by Sweeney, A.C.J., and Munson, J.


[No. 12625-1-III.     Division Three.     April 11, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. NESTOR
BLANCO, *Appellant*.

Appeal from a judgment of the Superior Court for Okano-
gan County, No. 91-1-00022-9, James R. Thomas, J., entered
September 26, 1991. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Thompson, C.J., and Schultheis,
J.


[Nos. 12217-4-III; 14020-2-III.     Division Three.     April 11, 1995.]


THE STATE OF WASHINGTON, *Respondent*, v. DONALD J.
ROSS, *Appellant*.

Appeals from judgments of the Superior Court for Chelan
County, No. 91-1-00398-1, John E. Bridges, J., entered Janu-
ary 27, 1992, and Carol A. Wardell, J., entered April 8, 1994.
*Affirmed* by unpublished opinion per Munson, J., concurred
in by Thompson, C.J., and Schultheis, J.